■ BERNICE LANE, Appellant, v. EPSTEIN'S EDCO PROCESS DRY CLEANING Co., INC., et al., Respondents.— Upon remission from the Court of Appeals, judgment and order unanimously reversed and a new trial granted, with costs to plaintiff-appellant to abide the event. Memorandum: Upon remission of the case by the Court of Appeals to this court to pass upon the facts, we find that the verdict of the jury was against the weight of the evidence and therefore there should be a new trial. Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ In the Matter of the Construction of the Will of ALVERETTA FALVEY, Deceased. THE PEOPLE OF THE STATE OF NEW YORK, Appellant; NORMA W. McGRATH, Respondent.— Motion to resettle order entered February 15, 1962, granted, without costs. Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ WALTER MACK, on Behalf of Himself, and All Other Creditors of WILLIAM J. EDELL, Similarly Situated, Respondent, v. WILLIAM EDELL, Appellant, et al., Defendants. CLARENCE F. GRABB, as Receiver, Respondent, v. JOHN NICHOLAS, as Receiver, Defendant, and ALBERT E. GILBERT, as Receiver, Respondent. WILLIAM J. EDELL, Appellant, v. SHIRLEY M. EDELL, Respondent. EVELYN M. EDELL, Respondent, v. WILLIAM J. EDELL, Appellant.— Motion for leave to appeal to the Court of Appeals denied; motion for reargument held for consideration until September 5, 1962, at 1:45 P.M. Present — Williams, P. J., Bastow, Halpern and McClusky, JJ.

■ LEON E. NIXON et al., Respondents, v. LIBERTY MUTUAL INSURANCE COMPANIES, Appellants.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ DANIEL L. APPLETON, Plaintiff, v. MERCHANTS MUTUAL INSURANCE COMPANY, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ JOSEPH P. D'ANGELO, Respondent, v. JEANETTE E. GREENBERG, Doing Business as ATLANTIC HEATING & EQUIPMENT Co., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.